FILED

07/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0243

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0243

IN THE MATTER OF:

N.M.S.,

A Youth in Need of Care.

## GRANT OF EXTENSION OF TIME

Upon consideration of the Appellant's Motion for Extension of Time, and good cause appearing therefore, the Appellant is granted an extension of time until September 29, 2021, to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 20 2021